IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.  Case No.: 3:05mj166-MD

JOHN HOANG CAO,
MIKE LINH PHAM,
PETER THAI HOANG,
 a/k/a "Ti Bo,"
PAUL THIEN HOANG,
 a/k/a "Smoke,"
CHIEU MANH NGUYEN,
SCOTT MONTGOMERY,
HAI MINH HO,
JERRY LEWIS KNIGHT,
PERRY STEAN WILLIAMS,
DUNG PHU NGUYEN,
JASON FENTON,
PHAM DAI TRAN,
 a/k/a "Tran Pham,"
ROBERT HEWITT,
HUY TRAN,
MARSHAL REID BORJA
and
DANG VU NGUYEN,
 a/k/a Daniel Vu Tran
_____/



### ORDER GRANTING GOVERMENT'S
### MOTION FOR EXPEDITED REVIEW OF ORDER OF RELEASE
### AND STAY OF ORDER OF RELEASE PENDING REVIEW

Upon the Motion of the United States, pursuant to 18 U.S.C. § 3665, and pursuant to Title 18, United States Code, Section 3145, it is hereby

ORDERED that the order of Federal Magistrate Judge Mary Milloy of the Southern District of Texas, issued on or about this date, directing the release of the above referenced co-defendant, Robert Hewitt, for the purpose of voluntarily appearing in the Northern District of Florida on charges in the above referenced matter, is revoked, and that the United States

Marshals Service is directed to retain custody of this defendant, and to remove him for appearance in the Northern District of Florida on the charges in the above referenced matter in the most expeditious means reasonably available to them, where the Court will then consider the matter of detention or release for this defendant in this district; the relief requested by the government therein is hereby Granted.

DONE and ORDERED this 21st day of September, 2005.

*M. Casey Rodgers*
M. CASEY RODGERS
UNITED STATES DISTRICT COURT JUDGE